IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CORTEZ COLE,
    Plaintiff,

vs.                               Case No. 3:12cv102/RV/CJK

ALLISON FORD, et al.,
    Defendants.

## **REPORT AND RECOMMENDATION**

    This prisoner civil rights case is before the Court upon referral from the Clerk. On March 12, 2012, the Court entered an order directing plaintiff to file, within thirty days, a civil rights complaint on the court form or a notice of voluntary dismissal. (Doc. 3).  Plaintiff was also ordered to either pay the $350.00 filing fee or submit an application to proceed *in forma pauperis*. (*Id*.).  Plaintiff was warned that failure to comply with the order would result in a recommendation that this case be dismissed. To date, plaintiff has not complied with the order, and has not responded to the Court's May 3, 2012 order (doc. 6) requiring plaintiff to show cause, within fourteen days, why this case should not be dismissed.

    Accordingly, it is respectfully RECOMMENDED:

    1.  That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

*Page 2 of 2*

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 25th day of May, 2012.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *Se*e 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).