IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CORTEZ COLE,
    Plaintiff,

vs.                                            Case No.   3:12cv102/RV/CJK

ALLISON FORD, et al.,
    Defendants.
_____

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 25, 2012. (Doc. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.      This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

      3.      The clerk is directed to close the file.

DONE AND ORDERED this 3rd day of July, 2012.

                                    /s/ *Roger Vinson*
                                    ROGER VINSON
                                    SENIOR UNITED STATES DISTRICT JUDGE